

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00424-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Patricia Y. **MAYERS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVH001030-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Appellant's brief is currently due August 17, 2022. On August 10, 2022, appellant filed an unopposed motion requesting an extension of time to file the brief until September 6, 2022. After consideration, we **GRANT** the motion and **ORDER** appellant to file its brief **by September 6, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court